# Court of Appeals
# of the State of Georgia

ATLANTA, February 27, 2014

*The Court of Appeals hereby passes the following order:*

**A13A2261. SP NEWSPRINT CO., LLC et al. v. MATTHEWS et al.**

We granted appellants' application for discretionary review of the superior court's order denying their motion for summary judgment. Following our review of the case, including the complete record on appeal, we conclude that the application for discretionary appeal was improvidently granted. See *Lawrence v. DeKalb AG Research, Inc.*, 168 Ga. App. 931 (311 SE2d 865) (1983). Accordingly, the appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/27/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*